PROB 12C
(7/93)

Report Date:  October 20, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2015

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Simeon Clarence Earl Howard        Case Number: 0980 2:11CR02057-001

Address of Offender: ████████████, Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: February 3, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison 60 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Shawn N. Anderson | Date Supervision Commenced: August 11, 2015 | |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: August 10, 2018 | |

## PETITIONING THE COURT

**To issue a Summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Simeon Howard is considered to be in violation of his supervised release by using a controlled substance, marijuana, on or prior to August 26, 2015.<br><br>The defendant admitted to the use of marijuana and signed an admission form on August 31, 2015. |
| 2 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Simeon Howard is considered to be in violation of his supervised release by using a controlled substance, marijuana, on or prior to September 24, 2015.<br><br>The defendant admitted to the use of marijuana and signed an admission form on September 29, 2015 |

3  **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

  **Supporting Evidence**: Simeon Howard is considered to be in violation of his supervised release by using a controlled substance, marijuana, on or prior to October 4, 2015.

  The defendant admitted to the use of marijuana and signed an admission form on October 5, 2015.

4  **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

  **Supporting Evidence**: Simeon Howard is considered to be in violation of his supervised release by failing to report for his substance abuse evaluation on October 16, 2015.

The U.S. Probation Office respectfully recommends the Court issue a summons for the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/20/2015

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[  ] No Action
[  ] The Issuance of a Warrant
[ X ] The Issuance of a Summons
[  ] Other

s/Fred Van Sickle

Signature of Judicial Officer

October 21, 2015

Date