PROB 12C
(7/93)

Report Date: October 26, 2015

# United States District Court

for the

Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2015

SEAN F. McAVOY, CLERK

Name of Offender: Simeon Clarence Earl Howard        Case Number: 0980 2:11CR02057-001

Address of Offender:                              Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Stanley Allen Bastian, U.S. District Judge

Date of Original Sentence: February 3, 2012

Original Offense:        Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison 60 months; TSR - 36 months        Type of Supervision: Supervised Release

Asst. U.S. Attorney:     Shawn N. Anderson        Date Supervision Commenced: August 11, 2015

Defense Attorney:        Rick Lee Hoffman         Date Supervision Expires: August 10, 2018

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 10/20/2015.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Simeon Howard is considered to be in violation of his supervised release by failing to report for a random urinalysis test on October 22, 2015. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/26/2015

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
Re: Howard, Simeon Clarence Earl
October 26, 2015
Page 2

---

THE COURT ORDERS

[  ]  No Action
[  ]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[XX]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]  Defendant to appear before the Judge assigned to the case.
[  ]  Defendant to appear before the Magistrate Judge.
[  ]  Other

_Stanley A. Bastian_
Signature of Judicial Officer

_10/26/2015_
Date