PROB 12C
(7/93)

Report Date:  May 24, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 26, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Simeon Clarence Earl Howard          Case Number: 0980 2:11CR02057-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: February 3, 2012

Original Offense:          Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:          Prison 60 months; TSR - 36          Type of Supervision: Supervised Release
                            months

Asst. U.S. Attorney:       Shawn N. Anderson          Date Supervision Commenced: August 11, 2015

Defense Attorney:          Rick Lee Hoffman          Date Supervision Expires: August 10, 2018

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: The defendant is considered to be in violation of his period of supervised release by being unsuccessfully terminated from an inpatient drug treatment program on or about May 7, 2016.

On April 11, 2016, the defendant was assessed as needing inpatient chemical dependancy treatment after testing positive for the presence of marijuana on multiple occasions. The defendant entered treatment on April 19, 2016.

On April 26, 2016, the defendant left the treatment facility stating he needed to be with his son and daughter as they were having issues. The defendant contacted this officer the following day and he was directed to return to the facility. The defendant complied with this direction and the provider was willing to allow him to return.

Prob12C
**Re: Howard, Simeon Clarence Earl**
**May 24, 2016**
**Page 2**

On May 7, 2016, the defendant once again voluntarily left the treatment facility and terminated his treatment.  The defendant did not contact this officer until May 9, 2016, to advise he had left.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 24, 2016
_____

s/David L. McCary
_____

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[XX]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

5/26/2016
_____

Date