PROB 12C
(6/16)

Report Date: January 6, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Simeon Clarence Earl Howard    Case Number: 0980 2:11CR02057-SAB-1

Address of Offender:                          Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Fred L. Van Sickle, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: February 3, 2012

Original Offense:    Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 60 months; TSR - 36 months    Type of Supervision: Supervised Release

Revocation Sentence:
July 6, 2016    Prison - 0 months; TSR- 36 months

Asst. U.S. Attorney:  Thomas J. Hanlon    Date Supervision Commenced: July 6, 2016

Defense Attorney:    Rick Lee Hoffman    Date Supervision Expires: July 5, 2019

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On January 5, 2017, the defendant was charged in Franklin County, Washington, for the offense of murder in the first degree. It is alleged the defendant shot another individual who later died at a hospital.

2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On January 5, 2017, the defendant was charged in Franklin County, Washington, for the offense of drive-by shooting.

Prob12C
**Re: Howard, Simeon Clarence Earl**
**January 6, 2017**
**Page 2**

| | | |
|---|---|---|
| 3 | | **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |

**Supporting Evidence**: On January 5, 2017, the defendant was charged in Franklin County, Washington, with possessing a firearm.

4       **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: The defendant failed to report for outpatient treatment on December 12, 13, 15, and 21, 2016.

On December 21, 2016, information was received from First Step Community Counseling stating the defendant was not in compliance with his chemical dependency treatment as he had failed to report on the dates noted above.

5       **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On December 2, 2016, the defendant provided a random urinalysis sample which returned positive for the presence of marijuana. The defendant admitted he had located some marijuana at his home and smoked it. The defendant stated his son may have brought the marijuana into the home. The defendant did provide a random urinalysis test on December 28, 2016, which returned negative.

6       **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On December 22 and 30, 2016, the defendant failed to report for random urinalysis testing.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   1/6/2017

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
Re: Howard, Simeon Clarence Earl
January 6, 2017
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Roshanna Malouf Peterson*
Signature of Judicial Officer

January 6, 2017
Date