PROB 12C
(6/16)

Report Date: June 29, 2020

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2020

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Simeon Clarence Earl Howard | Case Number: 0980 2:11CR02057-SAB-1 |
| Address of Offender: | Richland, Washington 99352 |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: February 3, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 60 months; TSR - 36 months | Type of Supervision: Probation | |
| Revocation Sentence: July 6, 2016 | Prison- 0 months; TSR- 36 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: July 6, 2016 | |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: July 5, 2019 | |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 01/06/2017.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition # 1**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offenses of third degree assault, and first degree unlawful possession of a firearm, on or prior to December 30, 2016.<br><br>On July 12, 20116, the offender signed his conditions of release stating he understood he was not to commit any additional law violations or possess a firearm.<br><br>According to reports received from the Pasco Police Department, the offender's half brother and another individual had been involved in a dispute late in the evening of December 29, 2016, at a local casino and bar. Reports noted the disagreement continued via phone contact |

Prob12C
**Re: Howard, Simeon Clarence Earl**
**June 29, 2020**
**Page 2**

into the early morning hours of December 30, 2016, when there was an agreement to meet at a location in Pasco to fight. The offender accompanied his half brother to the location where they were met by several other individuals. Witnesses stated that as the two groups confronted each other, the offender pulled a firearm from his pocket and shots were fired. One individual was struck by a bullet in the left shoulder, which passed through his chest causing extensive internal injuries. Witnesses stated the individual who was struck by the bullet was "spiting up blood" and he was taken to a hospital in a private vehicle. The individual died a short time later at a local hospital.

As officers investigated the shooting, the offender was identified as an individual who had pulled a gun and shot during the altercation. The offender was originally charged with first degree murder, drive-by -shooting and possession of a firearm. He was arrested at his home on January 5, 2017.

On March 13, 2018, the offender plead guilty in Franklin County Superior Court under case number 17-1-50013-11, to committing the offenses of third degree assault and first degree unlawful possession of a firearm. The offender received a sentence of 89 months.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   6/29/2020

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
Re: Howard, Simeon Clarence Earl
June 29, 2020
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

6/30/2020

Date