PROB 12C
(6/16)

Report Date: December 1, 2021

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Simeon Clarence Earl Howard | Case Number: 0980 2:11CR02057-SAB-1 |
| Address of Offender: | Spokane, Washington |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 3, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 60 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(July 6, 2016) | Prison- Time Served-1 day<br>TSR- 36 months | | |
| Asst. U.S. Attorney: | Matthew Alan Stone | Date Supervision Commenced: | July 6, 2016 |
| Defense Attorney: | Jeremy Sporn | Date Supervision Expires: | N/A (In custody) |

### PETITIONING THE COURT

To issue a summons.

On January 6, 2017, a violation report was submitted to the Court requesting a bench warrant after the offender was alleged to have violated his conditions of supervision by committing the offense of murder, drive-by shooting, possession of a firearm, failing to report for outpatient chemical dependency treatment, using a controlled substance, and failing to report for random drug testing. The Court issued a bench warrant on January 6, 2017.

The offender remained in the custody of the State of Washington pending the outcome of the murder, drive-by shooting, and possession of a firearm charge. The federal warrant remained in place as a detainer for the offender.

On March 13, 2018, the offender plead guilty in Franklin County Superior Court to committing the offenses of third degree assault and first degree unlawful possession of a firearm, under case number 17-1-50013-11. The offender was sentenced to an 89-month term of incarceration.

On June 30, 2020, a violation report was submitted to the Court to incorporate the alleged violations of assault in the third degree and first degree unlawful possession of a firearm. The reasoning for the violation report was to allege the appropriate criminal conduct.  The charge of first degree murder  was reduced to third degree assault,  the drive-by shooting count was dismissed, and the possession of a firearm was increased to first degree unlawful possession of a firearm.

Prob12C

Re: Howard, Simeon Clarence Earl
November 30, 2021
Page 2

On July 21, 2020, a hearing was held to determine if the bench warrant issued on January 6, 2017, (ECF No. 115) would be quashed to allow the offender the opportunity to participate in rehabilitative programs. The Court agreed to quash the bench warrant and ordered the probation officer (under ECF No. 131), to issue a summons on the pending supervised release violations after the offender completes his state matters.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations. The offender will be out of custody with the Washington State Department of Corrections on December 20, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/1/2021

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

12/1/2021

Date