PROB 12A
(6/16)

# United States District Court

for the

## Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 29, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Simeon Clarence Earl Howard | Case Number: 0980 2:11CR02057-SAB-1 |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: February 3, 2012 | Type of Supervision: Term of Supv Rel |
| Original Offense: Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | Date Supervision Commenced: May 9, 2022 |
| Original Sentence:    Prison - 60 months<br>TSR - 36 months | Date Supervision Expires: November 8, 2024 |

Revocation Sentence: Prison - 0 months
(July 6, 2016 )        TSR - 36 months

Revocation Sentence: Prison - 6 months
(January 12, 2022)    TSR - 30 months

---

## NONCOMPLIANCE SUMMARY

On May 12, 2022, the judgment and sentence, including the conditions of supervision, were reviewed with Simeon Howard, who signed the conditions acknowledging an understanding of them.

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On November 1, 2022, Mr. Howard reported to the U.S. Probation Office in Richland, Washington. Mr. Howard admitted to using marijuana on October 28, 2022, and signed an admission form. Mr. Howard explained that he and his wife were arguing constantly throughout the month of October, and the stress of everything was a trigger for his use. |

**U.S. Probation Officer Action**:

Mr. Howard has been reporting by telephone to the undersigned weekly, submitting random drug tests at Merit Resource Services (Merit), as well as attending counseling at Riverview Counseling and weekly self-help groups for substance abuse. Mr. Howard successfully completed outpatient treatment at Merit on October 10, 2022.

Prob12A
**Re: Howard, Simeon Clarence Earl**
**December 29, 2022**
**Page 2**

Due to his admission, Mr. Howard was continued on weekly reporting and has been reporting in person at least once per month. He and his wife have since reconciled and are working on improving their communication in their relationship. Mr. Howard has made a priority of dealing with his stressors as this has been a primary trigger of his substance use. Since his admitted use, Mr. Howard has been able to regain compliance with his conditions of supervised release; therefore, no action is being recommended for this violation.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed On: | December 29, 2022 |
|---|---|
| | s/Daniel M. Manning |
| | Daniel M. Manning<br>U.S. Probation Officer |

[ X ]   Court Concurs with Officer Action
[  ]    Submit a Request for Modifying the Condition or Term of Supervision
[  ]    Submit a Request for Warrant or Summons
[  ]    Other

_Stanley A. Bastian_
Signature of Judicial Officer

12/29/2022
Date