PROB 12C
(6/16)

Report Date: October 12, 2023

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 12, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Simeon Clarence Earl Howard        Case Number: 0980 2:11CR02057-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮ Richland, Washington 99352

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 3, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 60 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 6, 2016) | Prison - 0 months<br>TSR - 36 months | |
| Revocation Sentence:<br>(January 12, 2022) | Prison - 6 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Christopher J. Bridger | Date Supervision Commenced: May 9, 2022 |
| Defense Attorney: | Jennifer R. Barnes | Date Supervision Expires: November 8, 2024 |

## PETITIONING THE COURT

On May 12, 2022, the judgment and sentence, including the conditions of supervision, were reviewed with Mr. Howard, who signed the conditions acknowledging an understanding of them.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Howard is considered to be in violation of his conditions of supervised release by being unsuccessfully discharged from substance abuse treatment at Merit Resource Services (Merit) on September 4, 2023. |

Prob12C
**Re: Howard, Simeon Clarence Earl**
**October 12, 2023**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more then 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Howard is considered to be in violation of his conditions of supervised release by failing to report to Merit for a urinalysis (UA) on October 4, 2023.

On May 5, 2023, the substance abuse testing instructions were reviewed with Mr. Howard. Mr. Howard verbally acknowledged his understanding of the testing program, and was instructed to call the Merit colorline system for the color brown. When the color brown was called, Mr. Howard was to report to Merit and submit to a drug screen.

On October 10, 2023, this officer received notification from Merit that Mr. Howard failed to submit a UA on October 4, 2023.

3   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more then 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Howard is considered to be in violation of his conditions of supervised release by consuming marijuana on or about October 7, 2023.

On October 11, 2023, Mr. Howard reported to the probation office as directed. He submitted a UA which was presumptive positive for marijuana. The UA was sent to the national laboratory and results are pending. While in the office, Mr. Howard admitted to consuming marijuana on October 7, 2023. Mr. Howard signed an Admission/Denial form admitting he consumed marijuana.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/12/2023

s/Maria Balles

Maria Balles
U.S. Probation Officer

Prob12C
Re: Howard, Simeon Clarence Earl
October 12, 2023
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

10/12/2023
Date